DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4675
Facsimile:    (415) 554-4699
E-Mail:       wayne.snodgrass@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and SAN FRANCISCO OFFICE OF LABOR
STANDARDS ENFORCEMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES FOR AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and SAN FRANCISCO OFFICE OF LABOR STANDARDS ENFORCEMENT,<br><br>    Defendants. | Case No. 3:21-cv-02341-EMC<br><br>**NOTICE OF APPEARANCE OF WAYNE K. SNODGRASS**<br><br>Complaint Filed:   March 31, 2021<br>Trial Date:            Not Set |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Deputy City Attorney WAYNE K. SNODGRASS is appearing on behalf of Defendants CITY AND COUNTY OF SAN FRANCISCO and SAN FRANCISCO OFFICE OF LABOR STANDARDS ENFORCEMENT.  The office and email addresses, and the telephone and facsimile numbers for Mr. Snodgrass are as follows:

>Wayne K. Snodgrass
>Deputy City Attorney
>Office of the City Attorney of San Francisco
>City Hall, Room 234
>1 Dr. Carlton B. Goodlett Place
>San Francisco, California 94102-4682
>Telephone: (415) 554-4675
>Facsimile: (415) 554-4699
>Email: wayne.snodgrass@sfcityatty.org

Please include Mr. Snodgrass on all proofs of service and communications in this matter.

Dated:  April 19, 2021

>DENNIS J. HERRERA
>City Attorney
>WAYNE K. SNODGRASS
>Deputy City Attorney
>
>
>By: /s/*Wayne K. Snodgrass*
>WAYNE K. SNODGRASS
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO
>and SAN FRANCISCO OFFICE OF LABOR
>STANDARDS ENFORCEMENT