# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 17, 2022   **Time:** 45 minutes   **Judge:** EDWARD M. CHEN

**Case No.:** 21-cv-02341-EMC   **Case Name:** Airlines for America v. City and County of San Francisco

**Attorneys for Plaintiff:** Shay Dvoretzky and Jason Russell
**Attorney for Defendant:** Scott Levis

**Deputy Clerk:** Vicky Ayala   **Zoom Webinar Time:** 1:57-2:42

## PROCEEDINGS

Motion for Partial Summary Judgment - held

## SUMMARY

Parties stated appearances.

Matter taken under submission.