UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRLINES FOR AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 21-cv-02341-EMC<br><br>**JUDGMENT** |

On April 5, 2022, the Court issued its Order Granting Defendant's Motion for Summary Judgment, and Denying Plaintiff's Motion for Partial Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: April 5, 2022

_____
EDWARD M. CHEN
United States District Judge