UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AIRLINES FOR AMERICA,

        Plaintiff - Appellant,

v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant - Appellee.

No. 22-15677

D.C. No. 3:21-cv-02341-EMC
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered August 29, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT