1  SCOTT P. LEWIS (*Pro Hac Vice*)
   slewis@andersonkreiger.com
2  MELISSA C. ALLISON (*Pro Hac Vice*)
   mallison@andersonkreiger.com
3  AUSTIN P. ANDERSON (*Pro Hac Vice*)
   aanderson@andersonkreiger.com
4  ANDERSON & KREIGER LLP
   50 Milk Street, 21st Floor
5  Boston, MA 02109
   Telephone:    (617) 621-6500
6  Facsimile:    (617) 621-6600

7  DAVID CHIU, State Bar # 189542
   City Attorney
8  IAN ELIASOPH, State Bar #227557
   Deputy City Attorney
9  ian.eliasoph@sfcityatty.org
   City Hall, Room 234
10 1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
11 Telephone:    (415) 554-4675
   Facsimile:    (415) 554-4699
12
   Attorneys for Defendant
13 CITY AND COUNTY OF SAN FRANCISCO

14                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15                      SAN FRANCISCO DIVISION

16

17

18 | AIRLINES FOR AMERICA, | Case No. 3:21-cv-02341-EMC |
|---|---|
19 | Plaintiff, | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE REGARDING TRIAL DATES** |
20 | v. | |
21 | CITY AND COUNTY OF SAN FRANCISCO | Judge:    Honorable Edward M. Chen |
22 | Defendant. | Trial Date:    June 29, 2026 |

23

24

25

26

27

28

In response to the Clerk's notice setting a status conference for Tuesday, March 3 (ECF 142) and the Court's Order directing the parties to be prepared to discuss availability for trial between June 8 and July 3 (ECF 143) Defendant City and County of San Francisco (the "City") states that due to conflicts with another previously-scheduled federal court trial, its counsel is not available between June 8 and June 26.  In light of the Court's inclination not to postpone the trial date, *see* ECF 143, the City would prefer to keep the originally-scheduled date of June 29, and therefore withdraws its request to move the trial date in this matter (ECF 132).

February 27, 2026                                          CITY AND COUNTY OF SAN FRANCISCO

                                              By:   /s/ *Austin Anderson*
                                                       Scott P. Lewis (*Pro Hac Vice*)
                                                       Melissa C. Allison (*Pro Hac Vice*)
                                                       Austin P. Anderson (*Pro Hac Vice*)
                                                       ANDERSON & KREIGER LLP

                                                       David Chiu, City Attorney
                                                     Ian Eliasoph, Deputy City Attorney
                                                     CITY AND COUNTY OF SAN FRANCISCO,

                                                       Attorneys for Defendant